WCM

AO 91 (Rev. 11/11) Criminal Complaint                                                                                                   USAO#2025R00041

## UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) RASHSHON JAMAHL TAGGETT, and<br>(2) LAKENDRICK DARNELL GILLIAM. | **FILED UNDER SEAL PURSUANT TO ORDER**<br><br>Case No. 26-mj-213 (JFD) |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 16, 2026, in the State District of Minnesota, the defendants, (1) Rashshon Jamahl Taggett, and (2) Lakendrick Darnell Gilliam, knowingly and intentionally conspired to commit the following offense against the United States: Conspiracy to Distribute 40 grams or More of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B), and 846.

I further state that I am a Federal Bureau of Investigation Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Jason Bujold
Special Agent, FBI
Printed name and title

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime/Zoom and
email) pursuant to Fed. R. Crim. P. 41(d)(3).

Date: February 24, 2026

_____
Judge's Signature

The Honorable John F. Docherty
United States Magistrate Judge
Printed Name and Title

City and State: Saint Paul, MN